AMERICA ONLINE, INC., Appellant

v.

COMMONWEALTH of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Dec. 17, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**